EVANGELISTA & QUIBAN
Attorneys at Law, A Law Corporation

PABLO P. QUIBAN    #5099
Ocean View Center, Suite 710
707 Richards Street
Honolulu, Hawaii 96813
Telephone No.: (808) 528-3955
Facsimile No.: (808) 523-9476
Email: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Antonio J. Saguibo, Jr., Anacleto Alcantra, and Larry Cadiz, etc., et al.), <br><br> Plaintiffs, <br><br> vs. <br><br> KASIH & CO. LLC, a Hawaii corporation, <br><br> Defendant. | CIVIL NO. 04-00603 HG KSC <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE is hereby given by the Plaintiffs referenced above, by and through their counsel undersigned, that the above-entitled action is by this notice dismissed without prejudice in accordance with Rule 41 (a)(1)(I) of the *Federal Rules of Civil Procedure,* neither an Answer nor Motion For Summary Judgment having been filed.

DATED: Honolulu, Hawaii, December 14, 2005.

_____
PABLO P. QUIBAN
Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS